## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**ALANA SOUZA**
**a/k/a ALANA CAMPOS,**
**CARISSA ROSARIO,**
**IRINA VORONINA,**
**MASHA LUND**
**a/k/a MALU LUND, and**
**TIFFANY TOTH-GRAY,**

    **Plaintiffs,**

v.                                                            Case No. 2:21-cv-00536-KRS-GJF

**GRAND AVENUE ENTERPRISES, LLC**
**Doing business as EPIQ NIGHTCLUB, and**
**DOES 1 through 20, inclusive,**

    **Defendants.**

### APPEARANCE OF COUNSEL

Western Agriculture, Resource and Business Advocates, LLP (A. Blair Dunn, Esq. and Jared R. Vander Dussen, Esq.) and enters its appearance in this matter on behalf of Defendants Grand Avenue Enterprises, LLC.

Dated:  June 29, 2021

                                                                 Respectfully submitted,

                                                                 Western Agriculture, Resource and
                                                                 Business Advocates, LLP

                                                                */s/ A. Blair Dunn*
                                                                A. Blair Dunn, Esq.
                                                                Jared R. Vander Dussen, Esq.
                                                                400 Gold Ave. SW, Suite 1000
                                                                Albuquerque, NM 87102
                                                                (505) 750-3060
                                                                abdunn@abliardunn-esq.com
                                                                warba.llp.jared@gmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that I filed the foregoing Entry of Appearance on June 29, 2021, causing all parties of record to be served electronically via the CM/ECF System.

*/s/ A. Blair Dunn*
A. Blair Dunn, Esq.