UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

ALANA SOUZA *a/k/a* ALANA CAMPOS,
et al.,

    Plaintiffs,

v.                                                                                            Civ. No. 21-536 MIS/GJF

GRAND AVENUE ENTERPRISES, LLC
*d/b/a* EPIQ NIGHTCLUB, and
DOES 1 through 20, inclusive,

    Defendants.

**THIRD ORDER EXTENDING DISCOVERY DEADLINES
AND ORDER SETTING TELEPHONIC STATUS CONFERENCE**

THIS MATTER is before the Court pursuant to (1) the Court's Second Order Extending Discovery Deadlines [ECF 35], which extended certain discovery deadlines "by 90 days after the presiding judge rules on" Defendant's Motion to Require Joinder of Parties [ECF 24] and (2) the presiding judge's recent order [ECF 41], which denied this motion.

Because Defendant's motion has now been ruled on, **IT IS ORDERED** that the remaining deadlines in the Court's Scheduling Order [ECF 17] are **EXTENDED** as follows:

1. Plaintiffs' expert disclosure deadline is extended to **May 18, 2023**.

2. Defendant's expert disclosure deadline is extended to **June 15, 2023**.

3. The termination date for discovery is extended to **August 17, 2023**.

4. The deadline for discovery motions is extended to **September 7, 2023**.

5. The pretrial motions deadline is extended to **September 21, 2023**.

6. Plaintiffs shall still submit a proposed pretrial order to Defendant no later than **45 days** after the later of either (a) the pretrial motions deadline, if no dispositive motions have been filed; or (b) the date on which the presiding judge resolves the last remaining dispositive motion, if any dispositive motions have been filed. Defendant shall submit a consolidated final pretrial order to the Court no later than **14 days** after receiving Plaintiffs' proposed pretrial order.

**IT IS FURTHER ORDERED** that a telephonic status conference is set for **June 29, 2023, at 02:00 PM** to discuss the progress of discovery and the scheduling of a settlement conference. The parties shall call the Court's conference line at (888) 363-4735 and use access code 9873158 to connect to the proceedings.  Client attendance is not required.

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE