## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

ALANA SOUZA *a/k/a* ALANA CAMPOS,
et al.,

    Plaintiffs,

v.                                                                       Civ. No. 21-536 MIS/GJF

GRAND AVENUE ENTERPRISES, LLC
*d/b/a* EPIQ NIGHTCLUB, and
DOES 1 through 20, inclusive,

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court upon a review of the record. On July 25, 2023, in light of the parties' e-mail notification that the case had settled, the Court ordered the parties to file closing documents no later than August 25, 2023. ECF 46. Thereafter, the Court extended the deadline for filing closing documents to **October 6, 2023**. ECF 47. As of October 11, 2023, the parties have neither complied with that deadline nor requested an extension.

**IT IS THEREFORE ORDERED** that no later than **October 18, 2023**, counsel of record shall jointly **SHOW CAUSE** in writing as to why they failed to timely comply with the Court's order to file closing documents and why they should not be sanctioned.

**SO ORDERED**.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE